# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2022

## NO. 03-21-00687-CV

### R. C. C. and N. T., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on December 15, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.